THOMAS P. ELDRIDGE et al., Appellants, *v.* ADOLPH C. STRENZ et al., Respondents.

(Argued December 30, 1874; decided January term, 1875.)

DISPOSED of on the facts in the case.

*G. A. Seixas* for the appellants.

*E. K. Miller* for the respondents.

LOTT, Ch. C., reads for affirmance.
All concur.
Order affirmed and judgment absolute against plaintiffs.

---

THE KIDD FOUNDRY AND STEAM ENGINE MANUFACTURING COMPANY, Respondent, *v.* WILLIAM A. GALLY et al., Appellants.

(Argued September 1, 1874; decided January term, 1875.)

DECIDED upon the facts in the case.

*F. A. Macomber* for the appellants.

*J. H. Martindale* for the respondent.

LOTT, Ch. C., reads for affirmance.
All concur.
Judgment affirmed.